IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH KIRK PIERCE     PLAINTIFF

V.     CASE NO.: 2:14-CV-2232

CAROLYN W. COLVIN, Commissioner
Social Security Administration     DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 6th day of August, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE